IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 12-097 (RGA) |
| | ) |
| THE NORTH FACE APPAREL CORP., | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Pragmatus Telecom, LLC ("Plaintiff") and Defendant The North Face Apparel Corp. ("Defendant") have settled the claims and counterclaims asserted between them in this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby agree and stipulate as follows: (a) all claims asserted by Plaintiff against Defendant are dismissed with prejudice and (b) all counterclaims asserted by Defendant against Plaintiff are dismissed with prejudice. Each party will bear its own costs and attorney's fees. This resolves all pending claims in this action, and therefore this action is dismissed in its entirety.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Brian E. Farnan* | /s/ *Mary B. Graham* |
| Joseph J. Farnan, III (#3945) | Mary B. Graham (#2256) |
| Brian E. Farnan (#4089) | 1201 N. Market Street |
| 919 N. Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| (302) 777-0300 | (302) 658-9200 |
| bfarnan@farnanlaw.com | mgraham@mnat.com |
| *Attorneys for Pragmatus Telecom, LLC* | *Attorneys for The North Face Apparel Corp.* |

October 15, 2012

SO ORDERED this 16th day of Oct, 2012.

_Richard G. Andrews_
UNITED STATES DISTRICT JUDGE

6523241